THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA G. SHANNON, as
Personal Representative of the
ESTATE OF MICHAEL GIBSON,
deceased,

      Plaintiff,

v.

THE DISTRICT OF COLUMBIA

   and

METRO HOMES, INC.,

      Defendants.

Civil Action No. 07-1698 (JR)

## ANSWER

Defendant Metro Homes, Inc. ("Metro Homes"), by and through the undersigned counsel, answers the Complaint of Patricia G. Shannon as follows:

### FIRST DEFENSE

Metro Homes responds to the numbered paragraphs of Plaintiff's Complaint as follows:

1. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

2. Admitted.

3. Admitted that Michael Gibson was a developmentally disabled citizen of the District of Columbia who resided at the group home at issue. Otherwise, denied.

4. Metro Homes lacks knowledge sufficient to form a belief as to the truth or falsity of these allegations and therefore denies those allegations and demands strict proof thereof.

5. Denied.

## BACKGROUND

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## COUNT I
### (Survival Action/Assault & Battery)

11. Denied.

12. Denied.

## COUNT II
### (Survival Action/Assault & Battery)

13. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

14. Denied.

15. Denied.

## COUNT III
### (Negligent Hiring/Training/Retention/Supervision)

16. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

17. Denied.

18. Denied.

19. Denied.

## COUNT IV
### (Negligent Retention/Enforcement)

20-26.    Legal conclusions and factual assertions not directed against Metro Homes.  To the extent a response is deemed required, denied.

## COUNT V
### (Breach of Fiduciary Duty)

27.    Legal conclusion to which no response is required.  To the extent a response is deemed required, denied.

28.    Legal conclusion to which no response is required.  To the extent a response is deemed required, denied.

29.    Legal conclusion to which no response is required.  To the extent a response is deemed required, denied.

30.    Denied.

31.    Legal conclusions and factual assertions not directed against Metro Homes.  To the extent a response is deemed required, denied.

32.    Denied.

## COUNT VI
### (Violation of Constitutional Rights – 42 U.S.C. § 1983)

33-45.    Legal conclusions and factual assertions not directed against Metro Homes.  To the extent a response is deemed required, denied.

## COUNT VII
### (Punitive Damages)

46.    Legal conclusion to which no response is required.  To the extent a response is deemed required, denied.

47.    Denied.

3

48. Denied.

49. Denied.

50. Denied.

51. Denied.

## COUNT VIII
**(Violation of Statutory Rights – D.C. Code § 7-1305 *et seq*.)**

52. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

53. Denied.

54. Denied.

55. Denied.

## COUNT IX
**(Violation of Statutory Rights – D.C. Code § 44-1004)**

56. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

## COUNT VIII
**(Lack of Informed Consent)**

61. Legal conclusion to which no response is required. To the extent a response is deemed required, denied.

62. Denied.

63. Denied.

4

64. Any assertion by Plaintiff not addressed in the responses above is denied.

**ADDITIONAL DEFENSES**

65. Plaintiff has failed to state a cause of action against Metro Homes upon which relief can be granted.

66. Plaintiff has failed to state a cause of action for punitive damages upon which relief can be granted.

67. The statute of limitations and/or laches may bar all or part of Plaintiff's claims.

**WHEREFORE**, Metro Homes respectfully requests:

(1) that this action be dismissed with prejudice;

(2) that it be awarded costs and attorney's fees incurred in connection with this litigation; and

(3) such other relief as the Court may find appropriate.

Respectfully submitted,

_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C. 20037
Telephone: (202) 333-8800