THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA G. SHANNON,** as Personal Representative of the **ESTATE OF MICHAEL GIBSON,** deceased | : : : : |
| Plaintiff, | : : |
| **v.** | : Case No. 1:07-cv-1698 : |
| **THE DISTRICT OF COLUMBIA, et al.** | : : |
| Defendants. | : |

## STIPULATION OF DISMISSAL OF CONSTITUTIONAL CLAIM (COUNT VI)

The Plaintiff, with the consent of Defendants, hereby stipulates to the dismissal of Count VI of the Complaint, Violation of Constitutional Rights – 42 U.S.C. § 1983. Further, the parties stipulate and agree that the case be remanded to the D.C. Superior Court.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL P.C.**

/s/ Joseph Cammarata
Joseph Cammarata, Esquire
D.C. Bar No. 389254
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600 ofc
202-659-8680 fax
joe@dc-law.net
*Attorneys for Plaintiff*

/s/ Michael P. Bruckheim_____
Michael P. Bruckheim, Esquire
D.C. Bar No. 455192
Assistant Attorney General
441 4th Street, N.W.
6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295
Michael.bruckheim@dc.gov
*Attorney General for the*
  *District of Columbia*


/s/ Paul A. Fitzsimmons
Paul A. Fitzsimmons, Esquire
D.C. Bar No. 444829
Saul Ewing, LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037-1922
202-295-6609 ofc
202-295-6709 fax
pfitzsimmons@saul.com
*Attorneys for Metro Homes, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal of Constitutional Claim (Count VI) was served via e-file with CaseFileExpress, this 5th day of November, 2007, to:

    Michael P. Bruckheim, Esquire
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor – South
    Washington, D.C.  20001

    Paul A. Fitzsimmons, Esquire
    Saul Ewing, LLP
    2600 Virginia Avenue, N.W.
    Suite 1000
    Washington, D.C. 20037-1922

                              /s/  Joseph Cammarata
                              Joseph Cammarata