UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA SHANNON, *et al.*,          :
                                     :
    Plaintiffs,                      :
                                     :
  v.                                 : Civil Action No. 07-1698 (JR)
                                     :
DISTRICT OF COLUMBIA, *et al.*,      :
                                     :
    Defendants.                      :

### ORDER

The consented stipulation of dismissal of constitutional claim (Count VI) [6] is approved and so ordered. This case is remanded to Superior Court of the District of Columbia.

                                              JAMES ROBERTSON
                                  United States District Judge